**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KHALIL SHABAZZ,

      Plaintiff,

CASE NO. 08-10225
HON. LAWRENCE P. ZATKOFF

v.

PATRICIA CARUSO, DENNIS STRAUB,
KENNETH MACEACHERN, JAMES
MACMEEKIN, CHRISTOPHER CHRYSLER,
DAVID BERGH and LLOYD RAPELJE,

      Defendants.
_____/

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Change of Venue [dtk. #6]. On January 24, 2008, Magistrate Judge R. Steven Whalen issued an order transferring this case to the Western District of Michigan because "all of the operative facts in this case took place in the Alger Maximum Correctional Facility, which is located in the Western District of Michigan." As a result of that order, the Court no longer has jurisdiction over this matter. As such, Plaintiff's motion will be construed as a motion for reconsideration of the Magistrate's order.

Pursuant to E.D. Mich. LR 7.1(g)(1), "[a] motion for ... reconsideration must be filed within 10 days after entry of the judgment unless the court orders otherwise." Plaintiff filed the present motion nearly five months after the Magistrate's order transferring the case. Moreover, Plaintiff raises the same arguments already rejected by the Magistrate. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

                                        S/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: July 21, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 21, 2008.

                                        S/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290